UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | No. 2:17-cv-1033 KJN P |
| Plaintiff, | |
| v. | ORDER |
| STAINER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On May 30, 2017, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

By an order filed May 25, 2017, the court found that plaintiff has sustained three strikes under 28 U.S.C. § 1915(g), and therefore, plaintiff was ordered to pay the court's filing fee within twenty-one days. Plaintiff was also cautioned that failure to pay the fee would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 28, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hend1033.fpf

1